UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:04CR00147 GH |
| | ) | |
| JAVIER RUIZ-MORENO | ) | |

Motion to Dismiss Indictment

The United States moves to dismiss the Fifth Superseding Indictment as it pertains to Defendant Javier Ruiz-Moreno.

    Respectfully Submitted,
    BUD CUMMINS
    United States Attorney

    __/s/ Joe J. Volpe_____
    By Joe J. Volpe
    Assistant U.S. Attorney
    P.O. Box 1229
    Little Rock, AR  72203
    501-340-2600

ORDER

The Court hereby dismisses the pending Fifth Superseding Indictment against Defendant Javier Ruiz-Moreno.

So Ordered this 4th Day of April, 2006.

    George Howard, Jr.
    United States District Judge